1

2

3

4                           UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    SONNI ECHEVERRIA-CORZAN,                    Case No.  25-cv-04253-AMO

          Plaintiff,
8
                                                 **ORDER DENYING MOTION TO
9         v.                                     DISMISS**

10   FOX CORPORATION, et al.,                    Re: Dkt. No. 11

          Defendants.
11

12

13        Defendants Fox Corporation's and Fox News Network, LLC's motion to dismiss came on

14   for hearing before this Court on November 6, 2025.  Given the similarities between this case and

15   others cited repeatedly in the parties' papers, including *Mirmalek v. Los Angeles Times Commc'ns

16   LLC*, No. 24-CV-01797-CRB, 2024 WL 5102709 (N.D. Cal. Dec. 12, 2024), *Shah v. Fandom,

17   Inc.*, 754 F. Supp. 3d 924, 929 (N.D. Cal. 2024), and *Greenley v. Kochava, Inc.*, 684 F. Supp. 3d

18   1024, 1050 (S.D. Cal. 2023), the Court finds Plaintiff's complaint plausibly states a claim under

19   California Invasion of Privacy Act, Cal. Penal Code §§ 630 et seq. ("CIPA").  For the same

20   reasons that those earlier courts found that challenged online tracking software could violate

21   CIPA, and the similarity of the technology at issue here, there are no distinguishing aspects that

22   warrant dismissal here.  Accepting the allegations as pleaded, the Court accordingly **DENIES** the

23   motion to dismiss for the reasons stated at the hearing.

24   //

25   //

26   //

27   //

28   //

United States District Court
Northern District of California

1    The Court also held an initial case management conference on November 6, 2025.  The

2   Court **ORDERS** the parties to submit a supplemental case management statement by no later than

3   November 20, 2025.

4

5    **IT IS SO ORDERED.**

6   Dated: November 7, 2025

7

8   _____

9   **ARACELI MARTÍNEZ-OLGUÍN**
    **United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2