# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNI ECHEVERRIA-CORZAN, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>        v.<br><br>FOX CORPORATION and FOX NEWS NETWORK, LLC,<br><br>                  Defendants. | Case No. 3:25-CV-04253-AMO<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONVERT MOTION TO DISMISS HEARING TO VIRTUAL HEARING**<br><br>Ctrm:  10<br>Judge:  Hon. Araceli Martinez-Olguín |

**[PROPOSED] ORDER**

The Court, having considered Plaintiff's Unopposed Administrative Motion to Convert the Motion to Dismiss Hearing to a Virtual Hearing, and finding good cause therefore, hereby **GRANTS** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated:    4/13/2026

_____
Araceli Martínez-Olguín
United States District Judge